ORDER

PER CURIAM.
AND NOW, this 19th day of December, 2014, upon consideration of the Joint Application for Leave to File Post-Submission Communication Pursuant to Pa.R.A.P. 2501(a) filed by the Judicial Conduct Board and Philadelphia Traffic Court Judge Christine Solomon, indicating that the Judicial Conduct Board has investigated the complaint filed against Judge Solomon and dismissed it with a Letter of Caution, the parties’ joint petition is GRANTED, the per curiam, orders entered in this matter dated May 21, 2013, and July 12, 2013 are VACATED, and the rule issued upon Judge Solomon, *318 directing her to show cause why she should not be suspended for ninety days, is DISCHARGED.
Justice SAYLOR files a Concurring Statement.
Chief Justice CASTILLE files a Dissenting Statement.